**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

OMZZ Trading Co., Limited, et al.
Plaintiff,
v.
Case No.: 1:26−cv−09480
Honorable Sunil R. Harjani
Everplay Labs Limited
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 30, 2026:

MINUTE entry before the Honorable Karyn L. Bass Ehler. Hearing held on Defendant/Counterclaim−Plaintiff Everplay's Motion for Preliminary Injunction [12] on 10/30/26. Defendant/Counterclaim−Plaintiff Everplay's Motion for Expedited Objection Period [32] is granted in part and denied in part. The period of time for filing any objections to the Court's Report and Recommendation on Everplay's Motion for Preliminary Injunction is expedited as follows: any objections shall be filed within five (5) calendar days after the issuance of the Court's Report and Recommendation and any response to the objections shall be filed five (5) calendar days after the objections are filed. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.