**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OMZZ TRADING CO., LIMITED and NINGBO UNIONMAX TECHNOLOGY CO., LTD., | ) | |
| Plaintiffs, | ) | Case No. 1:26-cv-09480 |
| v. | ) | Judge Sunil R. Harjani |
| Everplay Labs Limited, | ) | Magistrate Judge Karyn L. Bass Ehler |
| Defendant. | ) | |

**DECLARATION OF YUAN XIA REGARDING PRELIMINARY INJUNCTION BOND AMOUNT**

I, Yuan Xia, hereby declare as follows:

1. I am the General Manager of Plaintiffs and Counterclaim-Defendants OMZZ Trading Co., Limited ("OMZZ") and Ningbo Unionmax Technology Co., Ltd. ("Unionmax") (collectively, "Plaintiffs"). I am over eighteen years of age and am authorized to make this declaration on behalf of both Plaintiffs. I have personal knowledge of the facts set forth herein based upon my direct oversight of Plaintiffs' daily business operations and my review of Plaintiffs' financial and operational records maintained in the ordinary course of business. If called as a witness, I could and would competently testify to the facts stated herein.

2. I submit this declaration pursuant to the Court's instructions at the October 30, 2026 hearing to provide sworn financial data regarding the appropriate amount of security (bond)

required under Federal Rule of Civil Procedure 65(c) to cover the damages and costs Plaintiffs will sustain if they are wrongfully enjoined from selling the accused magnetic playhouse products, identified by Amazon Standard Identification Numbers ("ASINs") B0F1FC6SHD (20-Piece Magnetic Fort Building Kit) and B0F1F8XFQ6 (24-Piece Deluxe Magnetic Fort Building Panels Kit) (collectively, the "Accused Products").

3. In my capacity as General Manager, I directly oversee the manufacturing, supply chain, inventory logistics, financial accounting, and Amazon.com storefront operations for the Accused Products across Plaintiffs' two Amazon.com seller accounts: the OMZZ-US storefront (operated by OMZZ, registered in 2026) and the U-MOVING storefront (operated by Unionmax).

## I. Historical Baseline Sales and Revenue Share of the Accused Products (August – October 2026)

4. The Accused Products are the core flagship products of Plaintiffs' business. Over the past three non-peak months, from August 1, 2026 through October 31, 2026, Plaintiffs' two Amazon storefronts generated combined total gross product sales of $539,854.37 across all product lines ($295,267.90 on the OMZZ-US storefront and $244,586.47 on the U-MOVING storefront).

5. Out of that total revenue, the two Accused Products alone generated $395,752.36 in gross sales from 1,254 units sold, accounting for 73.31% of Plaintiffs' entire business revenue and over 80% of Plaintiffs' total net operating profits. Specifically, from August 1, 2026 to October 31, 2026, the performance of the Accused Products was as follows:

   (a) OMZZ-US Storefront (ASIN B0F1FC6SHD / SKU Magnetic1): 494 units sold, generating $135,559.06 in gross product sales and approximately RMB 155,818

(approx. $21,880 USD) in net profit.

(b) OMZZ-US Storefront (ASIN B0F1F8XFQ6 / SKU Magnetic2): 419 units sold, generating $159,708.84 in gross product sales and approximately RMB 196,175 (approx. $27,550 USD) in net profit.

(c) U-MOVING Storefront (ASIN B0F1FC6SHD / SKU PlayHouse01): 341 units sold, generating $100,484.46 in gross product sales and approximately RMB 114,587 (approx. $16,090 USD) in net profit.

6. The net profit figures above represent actual gross product sales minus Amazon's 15% referral fee, Fulfillment by Amazon ("FBA") fulfillment fees, manufacturing costs, international ocean freight, return and storage expenses, and routine operational overhead. True and correct copies of the Amazon Custom Transaction Reports for the OMZZ-US and U-MOVING storefronts from August 1, 2026 to October 31, 2026 are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

## II. Projected Sales and Lost Profits During the Peak Q4 Holiday Season (November – December 2026)

7. Because the Accused Products are children's indoor construction toys retailing between approximately $314.99 and $414.99, the fourth-quarter ("Q4") holiday shopping season, anchored by "Black Friday" (November 27, 2026), "Cyber Monday" (November 30, 2026), and the December Christmas gift-buying period, is the most critical sales window of the entire year.

8. Plaintiffs launched ASIN B0F1FC6SHD on the U-MOVING storefront on August 25, 2025, and subsequently introduced the 24-piece model (B0F1F8XFQ6) and expanded to the OMZZ-US storefront between late December 2025 and early 2026. During last year's Q4

holiday peak (November 1, 2025 through December 31, 2025), operating with only a single newly-launched listing (B0F1FC6SHD) on a single storefront (U-MOVING), Plaintiffs sold 610 units and generated $194,873.91 in gross sales in just two months. A true and correct copy of the Amazon Custom Transaction Report for the U-MOVING storefront from November 1, 2025 to December 31, 2025 is attached hereto as **Exhibit C**.

9. Based on last year's holiday surge and our August–October 2026 baseline sales across both storefronts, Plaintiffs conservatively project total sales of approximately 1,500 units across both ASINs during the November and December 2026 holiday season, representing projected gross revenues of approximately $480,000 to $525,000 and direct net profits of approximately $80,000 to $100,000 for the two-month holiday period alone.

10. Plaintiffs have already registered the Accused Products for Amazon's Black Friday and Cyber Monday promotional events and committed substantial advertising expenditures to drive holiday traffic. If a preliminary injunction remains in place through the Q4 holiday season and over the ensuing months pending resolution of this litigation and the pending *ex parte* reexamination before the United States Patent and Trademark Office ("USPTO"), Plaintiffs will suffer projected lost net profits exceeding $160,000 to $200,000.

## III. Stranded Holiday Inventory, Sunk Manufacturing Costs, and Storage/Destruction Losses Exceeding $500,000

11. To fulfill the projected 1,500-unit holiday demand, Plaintiffs have already manufactured and shipped over 1,500 sets of the Accused Products to Amazon's U.S. fulfillment centers. As reflected in Plaintiffs' Amazon FBA Inventory records as of November 2, 2026, Plaintiffs currently hold 1,585 units of the Accused Products in Amazon FBA inventory and inbound transit:

(a) OMZZ-US Storefront – ASIN B0F1FC6SHD (SKU Magnetic1): 703 units total (3 units on-hand available in FBA and 700 units inbound).

(b) OMZZ-US Storefront – ASIN B0F1F8XFQ6 (SKU Magnetic2): 806 units total (226 units on-hand in FBA, including 208 available and 18 reserved, plus 580 units inbound).

(c) U-MOVING Storefront – ASIN B0F1FC6SHD (SKU PlayHouse01): 76 units on-hand available in FBA (plus 13 reserved units).

12. True and correct copies of Plaintiffs' Amazon "Manage Your Inventory" records as of November 2, 2026 for the OMZZ-US and U-MOVING storefronts are attached hereto as **Exhibit D** and **Exhibit E**, respectively.

13. Because the Accused Products are oversized, heavy modular playhouse kits, they incur substantial Amazon FBA monthly storage fees, which increase dramatically during Q4:

(a) For ASIN B0F1FC6SHD, the Q4 monthly storage fee is $3.46 per unit, resulting in recurring monthly storage charges of $2,432.38 per month for the 703 units in the OMZZ-US account and $262.96 per month for the 76 units in the U-MOVING account.

(b) For ASIN B0F1F8XFQ6, the Q4 monthly storage fee is $4.99 per unit, resulting in recurring monthly storage charges of $4,021.94 per month for the 806 units in the OMZZ-US account.

(c) In total, if the listings are enjoined, Plaintiffs will immediately incur $6,717.28 per month in deadweight Amazon storage fees alone.

14. More critically, because it is economically prohibitive to ship oversized magnetic panels back to China, a preliminary injunction blocking sales of the Accused Products will force

Plaintiffs either to pay crippling long-term storage surcharges or to authorize the forced liquidation or destruction of more than 1,500 sets of U.S. inventory, rendering our upfront manufacturing and ocean freight investments in those 1,585 units unrecoverable.

15. Combining the retail value and sunk manufacturing/freight costs of the 1,585 stranded units, the recurring Q4 storage and inventory destruction losses, and the loss of pre-paid Black Friday promotional investments, the quantifiable costs and damages to Plaintiffs from a wrongful injunction will exceed $500,000.

## IV. Request for a Minimum Bond of $500,000

16. Based on the foregoing financial records, Defendant Everplay's proposed bond of $100,000 is grossly insufficient and covers less than a fraction of the actual damages Plaintiffs will sustain if wrongfully enjoined during the peak holiday season. Plaintiffs therefore respectfully request that the Court require Everplay to post a bond of no less than $500,000 as a condition of any preliminary injunction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 3, 2026, in Ningbo, Zhejiang Province, China.

Yuan Xia

______________________________

YUAN XIA