# Exhibit A

## 2026Aug1-2026Oct31 Custom Transaction-OMZZ

Note: Due to the voluminous nature of the raw transactional data, complete native CSV/Excel records are being provided directly to the Court and opposing counsel as working copies

Includes Amazon Marketplace, Fulfillment by Amazon (FBA), and Amazon Webstore transactions
All amounts in USD, unless specified
Definitions:
date/time: posted date/time of the transaction
Sales tax collected: Includes sales tax collected from buyers for product sales, shipping, and gift wrap.
Selling fees: Includes variable closing fees and referral fees.
Other transaction fees: Includes shipping chargebacks, shipping holdbacks, per-item fees and sales tax collection fees.
Other: Includes non-order transaction amounts. For more details, see the "Type" and "Description" columns for each order ID.
Note: Reports with start date of Jan 1, 2025 or later are indexed by posted date, include both released and deferred transactions and have two new columns. You may need to update integrations or third-party mappings.

| date/time | settlement i | type | order id | sku | description | quantity | marketplace | fulfillment | order city | order state | order postal | tax collectio | product sale | product sale | shipping cre | shipping cre | gift wrap cre | giftwrap cre | Regulatory F | Tax On Regu | promotiona | promotiona | marketplace | selling fees | fba fees | other transa | other | total | Transaction | Transaction Release Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug 1, 2026 | 2.7134E+10 | Order | 111-142798 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | CANTON | MI | 48188 | Marketplace | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Released | Aug 1, 2026 3:15:45 AM PDT |
| Aug 1, 2026 | 2.7134E+10 | Order | 114-723247 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | GUYTON | GA | 31312 | Marketplace | 419.99 | 33.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -33.6 | -63 | -32.2 | 0 | 0 | 324.79 | Released | Aug 12, 2026 10:47:17 AM PDT |
| Aug 1, 2026 | 2.7134E+10 | Refund | 112-359232 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | RIVERWOOD | IL | 60015 | Marketplace | -419.99 | -25.6 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 0 | 25.6 | 43 | 0 | 0 | 0 | -276.99 | Released | Aug 1, 2026 5:14:25 PM PDT |
| Aug 1, 2026 | 2.7134E+10 | Order | 114-721614 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | EL PASO | TX | 79912 | Marketplace | 419.99 | 31.18 | 0 | 0 | 0 | 0 | 0 | 0 | -42 | 0 | -31.18 | -56.7 | -32.2 | 0 | 0 | 289.09 | Released | Aug 11, 2026 1:04:59 AM PDT |
| Aug 2, 2026 | 2.7134E+10 | Order | 111-787687 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | LOGAN | UT | 84341 | Marketplace | 419.99 | 27.59 | 0 | 0 | 0 | 0 | 0 | 0 | -42 | 0 | -27.59 | -56.7 | -28.16 | 0 | 0 | 293.13 | Released | Aug 11, 2026 11:25:34 PM PDT |
| Aug 2, 2026 | 2.7256E+10 | Liquidations | 3.65927E+14 | X0050Q9LZ5 | Umoving De | 1 | | | | | | | 66.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -16.92 | 0 | 49.88 | Released | Aug 25, 2026 3:58:51 AM PDT |
| Aug 2, 2026 | 2.7134E+10 | Service Fee | | | Cost of Advertising | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -458.36 | 0 | -458.36 | Released | Aug 2, 2026 8:42:58 AM PDT |
| Aug 2, 2026 | 2.7134E+10 | Amazon Fee | 9fe461c2-c290-4fca-8d0 | | Deal Performance Based | | Amazon.com | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -455.92 | 0 | 0 | 0 | -455.92 | Released | Aug 2, 2026 11:20:18 AM PDT |
| Aug 2, 2026 | 2.7134E+10 | Amazon Fee | 9fe461c2-c290-4fca-8d0 | | Deal Participation Fee | | Amazon.com | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -910 | 0 | 0 | 0 | -910 | Released | Aug 2, 2026 11:21:04 AM PDT |
| Aug 2, 2026 | 2.7256E+10 | Order | 112-582034 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | FOLSOM | LA | 70437 | Marketplace | 419.99 | 34.96 | 0 | 0 | 0 | 0 | 0 | 0 | -42 | 0 | -34.96 | -56.7 | -32.2 | 0 | 0 | 289.09 | Released | Aug 13, 2026 8:52:10 PM PDT |
| Aug 2, 2026 | 2.7256E+10 | Order | 112-878118 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | LAKEWOOD | FL | 34202 | Marketplace | 419.99 | 26.46 | 0 | 0 | 0 | 0 | 0 | 0 | -42 | 0 | -26.46 | -56.7 | -32.2 | 0 | 0 | 289.09 | Released | Aug 15, 2026 3:46:28 AM PDT |
| Aug 2, 2026 | 2.7256E+10 | Order | 113-355443 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | Midland | GA | 31820 | Marketplace | 419.99 | 34.02 | 0 | 0 | 0 | 0 | 0 | 0 | -42 | 0 | -34.02 | -56.7 | -32.2 | 0 | 0 | 289.09 | Released | Aug 14, 2026 3:43:34 PM PDT |
| Aug 3, 2026 | 2.7134E+10 | Refund | 112-153361 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | WESTLAKE \ | CA | 91362 | Marketplace | -299.99 | -21.75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21.75 | 40 | 0 | 0 | 0 | -259.99 | Released | Aug 3, 2026 3:44:23 AM PDT |
| Aug 3, 2026 | 2.7256E+10 | Order | 112-375138 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | SAINT LOUI | MO | 63122 | Marketplace | 419.99 | 21.64 | 0 | 0 | 0 | 0 | 0 | 0 | -42 | 0 | -21.64 | -56.7 | -28.16 | 0 | 0 | 293.13 | Released | Aug 14, 2026 8:56:35 PM PDT |
| Aug 3, 2026 | 2.7134E+10 | Order | 114-265625 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | SAN MATEC | CA | 94401 | Marketplace | 419.99 | 36.38 | 0 | 0 | 0 | 0 | 0 | 0 | -42 | 0 | -36.38 | -56.7 | -28.16 | 0 | 0 | 293.13 | Released | Aug 12, 2026 1:39:39 AM PDT |
| Aug 3, 2026 | 2.7256E+10 | Order | 112-305863 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | MILFORD | CT | 06460 | Marketplace | 419.99 | 24 | 0 | 0 | 0 | 0 | 0 | 0 | -42 | 0 | -24 | -56.7 | -28.16 | 0 | 0 | 293.13 | Released | Aug 18, 2026 5:03:12 AM PDT |
| Aug 4, 2026 | 2.7373E+10 | Liquidations | 3.65931E+14 | X0050Q9LZ5 | Umoving De | 1 | | | | | | | 71.15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -17.57 | 0 | 53.58 | Released | Sep 2, 2026 7:05:23 AM PDT |
| Aug 4, 2026 | 2.7256E+10 | Order | 114-344939 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | PHOENIX | AZ | 85050 | Marketplace | 419.99 | 34.4 | 0 | 0 | 0 | 0 | 0 | 0 | -42 | 0 | -34.4 | -56.7 | -28.16 | 0 | 0 | 293.13 | Released | Aug 13, 2026 8:13:14 PM PDT |
| Aug 4, 2026 | 2.7256E+10 | Order | 112-916796 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | Ewa Beach | HI | 96706 | Marketplace | 299.99 | 14.14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -14.14 | -45 | -32.2 | 0 | 0 | 222.79 | Released | Aug 14, 2026 4:26:14 AM PDT |
| Aug 4, 2026 | 2.7256E+10 | Order | 111-720026 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | CHESAPEAK | VA | 23321 | Marketplace | 398.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -39.9 | 0 | 0 | -53.86 | -32.2 | 0 | 0 | 273.03 | Released | Aug 17, 2026 12:25:15 PM PDT |
| Aug 4, 2026 | 2.7134E+10 | Adjustment | | Magnetic2 | FBA Inventc | 1 | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 189 | 189 | Released | Aug 4, 2026 1:24:57 PM PDT |
| Aug 5, 2026 | 2.7256E+10 | Order | 114-082630 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | FLOWER MC | TX | 75022 | Marketplace | 419.99 | 31.18 | 0 | 0 | 0 | 0 | 0 | 0 | -42 | 0 | -31.18 | -56.7 | -28.16 | 0 | 0 | 293.13 | Released | Aug 15, 2026 9:42:46 PM PDT |
| Aug 5, 2026 | 2.7256E+10 | Order | 112-799375 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | AUSTIN | TX | 78747 | Marketplace | 419.99 | 31.18 | 0 | 0 | 0 | 0 | 0 | 0 | -42 | 0 | -31.18 | -56.7 | -32.2 | 0 | 0 | 289.09 | Released | Aug 15, 2026 6:12:57 AM PDT |
| Aug 5, 2026 | 2.7134E+10 | Refund | 114-349702 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | RICHMOND | CA | 94801 | Marketplace | -299.99 | -29.25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29.25 | 40 | 0 | 0 | 0 | -259.99 | Released | Aug 5, 2026 2:53:17 PM PDT |
| Aug 5, 2026 | 2.7256E+10 | Order | 113-439912 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | PURCHASE | NY | 10577 | Marketplace | 419.99 | 31.66 | 0 | 0 | 0 | 0 | 0 | 0 | -42 | 0 | -31.66 | -56.7 | -32.2 | 0 | 0 | 289.09 | Released | Aug 14, 2026 10:05:15 PM PDT |
| Aug 5, 2026 | 2.7256E+10 | Order | 111-026659 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | MADISON | WI | 53711 | Marketplace | 419.99 | 20.79 | 0 | 0 | 0 | 0 | 0 | 0 | -42 | 0 | -20.79 | -56.7 | -28.16 | 0 | 0 | 293.13 | Released | Aug 18, 2026 3:32:36 AM PDT |
| Aug 6, 2026 | 2.7256E+10 | Order | 112-195382 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | PORTLAND | OR | 97267 | | 419.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -42 | 0 | 0 | -56.7 | -28.16 | 0 | 0 | 293.13 | Released | Aug 16, 2026 5:45:52 PM PDT |
| Aug 6, 2026 | 2.7134E+10 | Refund | 113-847452 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | CANTON | MI | 48188 | Marketplace | -299.99 | -18 | -6.99 | 0 | 0 | 0 | 0 | 0 | 6.99 | 0 | 18 | 40 | 0 | 0 | 0 | -259.99 | Released | Aug 6, 2026 6:45:50 PM PDT |
| Aug 6, 2026 | 2.7256E+10 | Order | 111-290698 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | SINKING SPI | PA | 19608 | Marketplace | 419.99 | 22.68 | 0 | 0 | 0 | 0 | 0 | 0 | -42 | 0 | -22.68 | -56.7 | -32.2 | 0 | 0 | 289.09 | Released | Aug 26, 2026 7:14:30 AM PDT |
| Aug 7, 2026 | 2.7134E+10 | FBA Transac | FBA19C3MHXXK | | FBA Inbound Placement | | Amazon.com | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Released | Aug 7, 2026 12:14:12 AM PDT |
| Aug 7, 2026 | 2.7134E+10 | FBA Transaction fees | | | FBA Inventory Storage F | | Amazon.com | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -405.09 | 0 | 0 | -405.09 | Released | Aug 7, 2026 4:20:28 AM PDT |
| Aug 7, 2026 | 2.7256E+10 | Order | 113-340456 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | SANDY SPRI | GA | 30328 | Marketplace | 379.99 | 29.45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -29.45 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 16, 2026 11:02:05 AM PDT |
| Aug 7, 2026 | 2.7373E+10 | Liquidations | 3.65934E+14 | X0050Q9LZ5 | Umoving De | 1 | | | | | | | 71.15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -17.57 | 0 | 53.58 | Released | Sep 2, 2026 9:50:42 PM PDT |
| Aug 7, 2026 | 2.7373E+10 | Liquidations | 3.65934E+14 | X0050Q9LZ5 | Umoving De | 1 | | | | | | | 71.15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -17.57 | 0 | 53.58 | Released | Sep 2, 2026 11:11:12 PM PDT |
| Aug 8, 2026 | 2.7256E+10 | Order | 111-427475 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | BROADWAY | NC | 27505 | Marketplace | 379.99 | 26.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -26.6 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 17, 2026 10:48:46 AM PDT |
| Aug 8, 2026 | 2.7256E+10 | Order | 111-134211 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | SEATTLE | WA | 98122 | Marketplace | 379.99 | 40.09 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -40.09 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 19, 2026 9:00:52 AM PDT |
| Aug 8, 2026 | 2.7134E+10 | Refund | 114-842885 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | DALLAS | TX | 75248 | Marketplace | -419.99 | -26.4 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 0 | 26.4 | 43 | 0 | 0 | 0 | -276.99 | Released | Aug 8, 2026 6:02:47 AM PDT |
| Aug 8, 2026 | 2.7373E+10 | Liquidations | 3.65935E+14 | X0050Q9LZ5 | Umoving De | 1 | | | | | | | 71.15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -17.57 | 0 | 53.58 | Released | Sep 3, 2026 2:04:56 AM PDT |
| Aug 8, 2026 | 2.7256E+10 | Order | 112-016152 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | ARVADA | CO | 80007 | Marketplace | 379.99 | 17.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -17.1 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 18, 2026 9:49:53 PM PDT |
| Aug 8, 2026 | 2.7134E+10 | Refund | 113-965890 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | MARSHFIELI | WI | 54449 | Marketplace | -419.99 | -17.6 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 0 | 17.6 | 43 | 0 | 0 | 0 | -276.99 | Released | Aug 8, 2026 2:44:47 PM PDT |
| Aug 8, 2026 | 2.7256E+10 | Order | 113-292430 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | ROSWELL | GA | 30076 | Marketplace | 379.99 | 29.45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -29.45 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 16, 2026 3:03:42 PM PDT |
| Aug 8, 2026 | 2.7256E+10 | Order | 114-616131 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | DEPEW | NY | 14043 | Marketplace | 379.99 | 33.25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -33.25 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 19, 2026 1:59:04 AM PDT |
| Aug 8, 2026 | 2.7256E+10 | Order | 111-511254 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | WELLESLEY | MA | 02481 | Marketplace | 379.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 19, 2026 8:06:26 PM PDT |
| Aug 9, 2026 | 2.7256E+10 | Order | 113-882476 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | CARLSBAD | CA | 92009 | Marketplace | 379.99 | 29.45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -29.45 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 19, 2026 12:02:53 AM PDT |
| Aug 9, 2026 | 2.7256E+10 | Order | 112-881164 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | LAFAYETTE | CA | 94549 | Marketplace | 379.99 | 35.15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -35.15 | -57 | -32.2 | 0 | 0 | 290.79 | Released | Aug 19, 2026 6:03:01 AM PDT |
| Aug 9, 2026 | 2.7134E+10 | Adjustment | | Magnetic2 | FBA Inventc | 1 | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 189 | 189 | Released | Aug 9, 2026 2:50:56 PM PDT |
| Aug 9, 2026 | 2.7256E+10 | Order | 112-086699 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | APO | AP | 96251 | Marketplace | 379.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 25, 2026 8:38:35 PM PDT |
| Aug 9, 2026 | 2.7256E+10 | Order | 114-468062 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | PEORIA | AZ | 85383 | Marketplace | 379.99 | 30.78 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -30.78 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 20, 2026 11:53:58 AM PDT |
| Aug 9, 2026 | 2.7256E+10 | Refund | 113-355443 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | Midland | GA | 31820 | Marketplace | -419.99 | -34.02 | 0 | 0 | 0 | 0 | 0 | 0 | 42 | 0 | 34.02 | 51.7 | 0 | 0 | 0 | -326.29 | Released | Aug 15, 2026 12:12:48 AM PDT |
| Aug 10, 202 | 2.7373E+10 | Liquidations | 3.65938E+14 | X0050Q9LZ5 | Umoving De | 1 | | | | | | | 45.19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -13.68 | 0 | 31.51 | Released | Sep 3, 2026 10:27:33 AM PDT |
| Aug 10, 202 | 2.7373E+10 | Liquidations | 3.65937E+14 | X0050Q9LZ5 | Umoving De | 1 | | | | | | | 71.15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -17.57 | 0 | 53.58 | Released | Sep 9, 2026 4:43:11 AM PDT |
| Aug 10, 202 | 2.7256E+10 | Order | 113-037492 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | CHESAPEAK | VA | 23320 | Marketplace | 379.99 | 22.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -22.8 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 20, 2026 9:23:31 AM PDT |
| Aug 10, 202 | 2.7256E+10 | Order | 112-503460 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | MIDLAND | GA | 31820 | Marketplace | 379.99 | 34.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -34.2 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 20, 2026 12:40:37 PM PDT |
| Aug 10, 202 | 2.7256E+10 | Order | 112-955487 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | WATER MILI | NY | 11976 | Marketplace | 379.99 | 33.25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -33.25 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 20, 2026 1:53:53 AM PDT |
| Aug 11, 202 | 2.7256E+10 | Order | 113-309301 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | AUSTIN | TX | 78733 | Marketplace | 379.99 | 31.35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -31.35 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 22, 2026 2:06:59 AM PDT |
| Aug 11, 202 | 2.7256E+10 | Order | 113-642107 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | REDLANDS | CA | 92374 | Marketplace | 379.99 | 33.25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -33.25 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 19, 2026 6:10:12 PM PDT |
| Aug 11, 202 | 2.7256E+10 | Order | 112-255058 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | HENRIETTA | NY | 14467 | Marketplace | 379.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 19, 2026 6:06:04 PM PDT |
| Aug 11, 202 | 2.7256E+10 | Order | 114-150798 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | EDGARTOW | MA | 02539 | Marketplace | 398.99 | 24.94 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -24.94 | -59.85 | -28.16 | 0 | 0 | 310.98 | Released | Aug 26, 2026 12:43:21 AM PDT |
| Aug 11, 202 | 2.7256E+10 | Order | 112-390583 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | HUNTINGTC | CA | 92646 | Marketplace | 379.99 | 29.45 | 6.99 | 0 | 0 | 0 | 0 | 0 | -6.99 | 0 | -29.45 | -57 | -32.2 | 0 | 0 | 290.79 | Released | Aug 20, 2026 11:34:24 AM PDT |
| Aug 11, 202 | 2.7256E+10 | Order | 111-855100 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | SAHUARITA | AZ | 85629 | Marketplace | 379.99 | 30.78 | 6.99 | 0 | 0 | 0 | 0 | 0 | -6.99 | 0 | -30.78 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 21, 2026 12:58:30 AM PDT |
| Aug 12, 202 | 2.7134E+10 | Service Fee | | | Subscription | | Amazon.com | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -39.99 | -39.99 | Released | Aug 12, 2026 12:44:05 AM PDT |
| Aug 12, 202 | 2.7256E+10 | Order | 114-559635 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | BAYSIDE | NY | 11364 | Marketplace | 379.99 | 33.72 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -33.72 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 21, 2026 4:38:26 PM PDT |
| Aug 13, 202 | 2.7256E+10 | Order | 111-625864 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | WEEHAWKE | NJ | 07086 | Marketplace | 379.99 | 25.17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -25.17 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 22, 2026 4:28:14 AM PDT |
| Aug 13, 202 | 2.7256E+10 | Order | 112-602418 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | MATTHEWS | NC | 28105 | Marketplace | 379.99 | 31.35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -31.35 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 22, 2026 1:50:05 AM PDT |
| Aug 14, 202 | 2.7256E+10 | Order | 113-783114 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | CHICAGO | IL | 60610 | Marketplace | 379.99 | 39.9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -39.9 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 23, 2026 7:18:13 AM PDT |
| Aug 14, 202 | 2.7256E+10 | Refund | 112-503460 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | MIDLAND | GA | 31820 | Marketplace | -379.99 | -34.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34.2 | 52 | 0 | 0 | 0 | -327.99 | Released | Aug 20, 2026 8:34:16 PM PDT |
| Aug 14, 202 | 2.7256E+10 | Order | 112-494685 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | ROGERSVILL | TN | 37857 | Marketplace | 379.99 | 37.05 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -37.05 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 23, 2026 3:27:05 AM PDT |
| Aug 14, 202 | 2.7256E+10 | Transfer | | | To your account ending in: 579, Bank Transfer ID: 5UC8ATUCLFPJSNZ | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -14,119.50 | -14,119.50 | Released | Aug 14, 2026 6:33:21 AM PDT |
| Aug 14, 202 | 2.7256E+10 | Order | 113-745136 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | MERCED | CA | 95340 | Marketplace | 379.99 | 29.45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -29.45 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 23, 2026 2:20:37 AM PDT |
| Aug 14, 202 | 2.7256E+10 | Order | 114-084236 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | ALLEN | TX | 75013 | Marketplace | 379.99 | 31.35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -31.35 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 23, 2026 7:13:41 PM PDT |
| Aug 14, 202 | 2.7256E+10 | Order | 114-084236 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | ALLEN | TX | 75013 | Marketplace | 379.99 | 31.35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -31.35 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 24, 2026 1:52:55 AM PDT |
| Aug 14, 202 | 2.7256E+10 | Refund | 114-468062 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | PEORIA | AZ | 85383 | Marketplace | -379.99 | -30.78 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30.78 | 52 | 0 | 0 | 0 | -327.99 | Released | Aug 20, 2026 10:20:42 AM PDT |
| Aug 14, 202 | 2.7256E+10 | Order | 113-994942 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | DELAND | FL | 32724 | Marketplace | 379.99 | 24.7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -24.7 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 23, 2026 2:08:36 AM PDT |
| Aug 15, 202 | 2.7256E+10 | Order | 114-583700 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | DALLAS | TX | 75205 | Marketplace | 379.99 | 31.35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -31.35 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 24, 2026 5:01:05 PM PDT |
| Aug 15, 202 | 2.7256E+10 | Order | 114-838378 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | VANCOUVEI | WA | 98686 | Marketplace | 379.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 24, 2026 2:08:08 AM PDT |
| Aug 16, 202 | 2.7256E+10 | Order | 111-205905 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | PEORIA | AZ | 85381 | Marketplace | 379.99 | 30.78 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -30.78 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 25, 2026 10:31:00 AM PDT |
| Aug 16, 202 | 2.7373E+10 | Order | 111-205905 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | PEORIA | AZ | 85381 | Marketplace | 379.99 | 30.78 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -30.78 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 27, 2026 9:02:29 AM PDT |
| Aug 16, 202 | 2.7256E+10 | Amazon Fee | ca0d4960-ca2f-4634-b15 | | Coupon Participation Fe | | Amazon.com | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5 | 0 | 0 | 0 | -5 | Released | Aug 16, 2026 12:07:59 PM PDT |
| Aug 16, 202 | 2.7256E+10 | Amazon Fee | ca0d4960-ca2f-4634-b15 | | Coupon Performance Ba | | Amazon.com | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -273.57 | 0 | 0 | 0 | -273.57 | Released | Aug 16, 2026 12:13:34 PM PDT |
| Aug 16, 202 | 2.7256E+10 | Order | 112-684737 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | LARCHMON | NY | 10538 | Marketplace | 379.99 | 31.82 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -31.82 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 25, 2026 4:52:19 AM PDT |
| Aug 16, 202 | 2.7256E+10 | Order | 112-110255 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | ENCINO | CA | 91436 | Marketplace | 379.99 | 37.05 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -37.05 | -57 | -32.2 | 0 | 0 | 290.79 | Released | Aug 24, 2026 1:35:18 PM PDT |
| Aug 16, 202 | 2.7373E+10 | Order | 114-585680 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | Hoboken | New Jersey | 07030 | Marketplace | 379.99 | 25.17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -25.17 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 26, 2026 10:13:16 PM PDT |
| Aug 17, 202 | 2.7256E+10 | Order | 111-101515 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | CHESAPEAK | VA | 23321 | Marketplace | 379.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 26, 2026 6:12:33 AM PDT |
| Aug 17, 202 | 2.7373E+10 | Order | 111-647027 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | PORTLAND | OR | 97229 | | 379.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 27, 2026 10:38:24 AM PDT |
| Aug 18, 202 | 2.7256E+10 | Order | 111-668849 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | WESTLAKE | OH | 44145 | Marketplace | 379.99 | 30.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -30.4 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 26, 2026 5:56:32 PM PDT |
| Aug 18, 202 | 2.7256E+10 | Order | 112-162930 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | GLENCOE | IL | 60022 | Marketplace | 379.99 | 38.95 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -38.95 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 26, 2026 7:11:24 PM PDT |
| Aug 18, 202 | 2.7373E+10 | Order | 112-162930 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | GLENCOE | IL | 60022 | Marketplace | 379.99 | 38.95 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -38.95 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 27, 2026 6:26:05 AM PDT |
| Aug 19, 202 | 2.7373E+10 | Order | 111-921789 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | BEND | OR | 97702 | | 379.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 28, 2026 7:29:49 AM PDT |
| Aug 20, 202 | 2.7373E+10 | Order | 112-948277 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | CORAL SPRI | FL | 33071 | Marketplace | 379.99 | 26.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -26.6 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 29, 2026 6:24:56 AM PDT |
| Aug 20, 202 | 2.7373E+10 | Order | 114-294741 | Magnetic2 | Umoving De | 1 | amazon.con | Amazon | JACKSONVII | FL | 32224 | Marketplace | 379.99 | 28.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -28.5 | -57 | -28.16 | 0 | 0 | 294.83 | Released | Aug 28, 2026 8:17:57 PM PDT |