# Exhibit B

## 2026Aug1-2026Oct31 Custom Transaction - UMOVING

Note: Due to the voluminous nature of the raw transactional data, complete native CSV/Excel records are being provided directly to the Court and opposing counsel as working copies

Includes Amazon Marketplace, Fulfillment by Amazon (FBA), and Amazon Webstore transactions
All amounts in USD, unless specified
Definitions:
date/time: posted date/time of the transaction
Sales tax collected: Includes sales tax collected from buyers for product sales, shipping, and gift wrap.
Selling fees: Includes variable closing fees and referral fees.
Other transaction fees: Includes shipping chargebacks, shipping holdbacks, per-item fees and sales tax collection fees.
Other: Includes non-order transaction amounts. For more details, see the "Type" and "Description" columns for each order ID.
Note: Reports with start date of Jan 1, 2025 or later are indexed by posted date, include both released and deferred transactions and have two new columns. You may need to update integrations or third-party mappings.

| date/time | settlement i | type | order id | sku | description | quantity | marketplace | fulfillment | order city | order state | order postal | tax collectio | product sale | product sale | shipping cre | shipping cre | gift wrap cre | giftwrap cre | Regulatory F | Tax On Regu | promotiona | promotiona | marketplace | selling fees | fba fees | other transa | other | total | Transaction | Transaction Release Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug 1, 2026 | 2.7203E+10 | Order | 113-289864 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | Bentonville | AR | 72713 | Marketplace | 79.98 | 7.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7.8 | -12 | -10.29 | 0 | 0 | 57.69 | Released | Aug 9, 2026 1:40:58 AM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 114-493699 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | BROOKLYN | NY | 11224 | Marketplace | 79.98 | 7.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7.1 | -12 | -10.29 | 0 | 0 | 57.69 | Released | Aug 10, 2026 4:45:59 AM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 112-560743 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | PORTLAND | ME | 04101 | Marketplace | 84.98 | 4.4 | 0 | 0 | 0 | 0 | 0 | 0 | -5 | 0 | -4.4 | -12 | -10.29 | 0 | 0 | 57.69 | Released | Aug 10, 2026 7:09:26 AM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 111-447550 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | MURRIETA | CA | 92562 | Marketplace | 79.98 | 7 | 2.81 | 0 | 0 | 0 | 0 | 0 | -2.81 | 0 | -7 | -12 | -10.29 | 0 | 0 | 57.69 | Released | Aug 12, 2026 7:20:41 AM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 111-334281 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | ELSMERE | KY | 41018 | Marketplace | 71.49 | 4.29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -4.29 | -10.72 | -9.9 | 0 | 0 | 50.87 | Released | Aug 9, 2026 6:42:00 PM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 112-386924 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | RED OAK | IA | 51566 | Marketplace | 71.49 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5 | -10.72 | -9.9 | 0 | 0 | 50.87 | Released | Aug 10, 2026 12:46:28 AM PDT |
| Aug 1, 2026 | 2.7078E+10 | Refund | 113-870227 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | NANTUCKE | MA | 02554 | Marketplace | -84.98 | -5 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 5 | 9.6 | 0 | 0 | 0 | -70.38 | Released | Aug 3, 2026 7:40:54 PM PDT |
| Aug 1, 2026 | 2.7078E+10 | Adjustment | | G5-8XL3-6Z | FBA Invento | 1 | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -57.84 | -57.84 | Released | Aug 1, 2026 11:04:56 AM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 111-441765 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | Rio Rancho | New Mexico | 87144 | Marketplace | 89.99 | 6.69 | 2.99 | 0 | 0 | 0 | 0 | 0 | -2.99 | 0 | -6.69 | -13.5 | -10.29 | 0 | 0 | 66.2 | Released | Aug 9, 2026 5:55:42 AM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 112-882858 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | Marysville | WA | 98270 | Marketplace | 79.98 | 7.52 | 2.99 | 0 | 0 | 0 | 0 | 0 | -2.99 | 0 | -7.52 | -12 | -10.29 | 0 | 0 | 57.69 | Released | Aug 10, 2026 2:40:00 PM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 111-085763 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | BLUE EARTH | MN | 56013 | Marketplace | 79.98 | 6.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -6.3 | -12 | -10.29 | 0 | 0 | 57.69 | Released | Aug 10, 2026 12:08:47 PM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 112-116885 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | HANA | HI | 96713 | Marketplace | 71.49 | 3.37 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -3.37 | -10.72 | -9.9 | 0 | 0 | 50.87 | Released | Aug 10, 2026 4:47:55 PM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 114-914632 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | TUSTIN | CA | 92780 | Marketplace | 89.99 | 6.97 | 2.99 | 0 | 0 | 0 | 0 | 0 | -2.99 | 0 | -6.97 | -13.5 | -10.15 | 0 | 0 | 66.34 | Released | Aug 9, 2026 2:42:57 AM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 112-299155 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | MATAMORA | PA | 18336 | Marketplace | 79.98 | 4.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -4.8 | -12 | -10.29 | 0 | 0 | 57.69 | Released | Aug 10, 2026 10:55:39 AM PDT |
| Aug 1, 2026 | 2.7078E+10 | Adjustment | 113-931124 | G5-8XL3-6Z | FBA Invento | 1 | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 66.34 | 66.34 | Released | Aug 1, 2026 3:04:28 PM PDT |
| Aug 1, 2026 | 2.7078E+10 | Refund | 113-080285 | FG-SF0U-UI | Umoving Pc | 1 | amazon.com | Amazon | PFLUGERVIL | TX | 78660 | Marketplace | -96.99 | -5.53 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 0 | 5.53 | 8.04 | 0 | 0 | 0 | -58.95 | Released | Aug 1, 2026 3:05:20 PM PDT |
| Aug 1, 2026 | 2.7078E+10 | Refund | 113-277751 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | SAINT PETEI | FL | 33712 | Marketplace | -89.98 | -6.3 | -1.5 | 0 | 0 | 0 | 0 | 0 | 1.5 | 0 | 6.3 | 10.8 | 0 | 0 | 0 | -79.18 | Released | Aug 4, 2026 1:09:55 AM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 111-982796 | BU-CZ33-G | Umoving Pc | 1 | amazon.com | Amazon | DENAIR | CA | 95316 | Marketplace | 69.99 | 5.51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.51 | -10.5 | -10.3 | 0 | 0 | 49.19 | Released | Aug 11, 2026 4:42:48 AM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 114-656586 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | LEBANON | PA | 17046 | Marketplace | 79.98 | 4.8 | 6.99 | 0 | 0 | 0 | 0 | 0 | -6.99 | 0 | -4.8 | -12 | -10.29 | 0 | 0 | 57.69 | Released | Aug 9, 2026 9:47:09 PM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 111-866076 | PlayHouse0 | Umoving 20 | 1 | amazon.com | Amazon | HERNANDC | MS | 38632 | Marketplace | 319.99 | 21.28 | 0 | 0 | 0 | 0 | 0 | 0 | -16 | 0 | -21.28 | -45.6 | -19.61 | 0 | 0 | 238.78 | Released | Aug 13, 2026 2:29:04 PM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 113-911486 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | Red Bluff | CA | 96080 | Marketplace | 89.99 | 6.52 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -6.52 | -13.5 | -10.29 | 0 | 0 | 66.2 | Released | Aug 9, 2026 5:58:46 PM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 111-322141 | U-SOFA-20 | Umoving M | 1 | amazon.com | Amazon | south river | new jersey | 08882 | Marketplace | 139.99 | 9.27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -9.27 | -21 | -23.21 | 0 | 0 | 95.78 | Released | Aug 10, 2026 7:04:01 AM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 113-726058 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | ELLSWORTH | IOWA | 50075 | Marketplace | 89.99 | 6.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -6.3 | -13.5 | -10.15 | 0 | 0 | 66.34 | Released | Aug 10, 2026 6:30:51 AM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 112-079919 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | WAXAHACH | TX | 75167 | Marketplace | 89.99 | 5.62 | 2.99 | 0 | 0 | 0 | 0 | 0 | -2.99 | 0 | -5.62 | -13.5 | -10.15 | 0 | 0 | 66.34 | Released | Aug 10, 2026 3:00:42 AM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 112-831464 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | BELLEVILLE | MI | 48111 | Marketplace | 79.98 | 4.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -4.8 | -12 | -10.29 | 0 | 0 | 57.69 | Released | Aug 10, 2026 1:33:12 AM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 113-017198 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | MAHWAH | NJ | 07430 | Marketplace | 89.99 | 5.96 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.96 | -13.5 | -10.29 | 0 | 0 | 66.2 | Released | Aug 10, 2026 2:17:30 PM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 112-798017 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | NORTH WA | ME | 04061 | Marketplace | 79.98 | 4.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -4.4 | -12 | -10.29 | 0 | 0 | 57.69 | Released | Aug 11, 2026 7:42:30 AM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 113-900093 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | EDEN PRAIR | MN | 55347 | Marketplace | 89.99 | 7.67 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7.67 | -13.5 | -10.29 | 0 | 0 | 66.2 | Released | Aug 9, 2026 7:09:37 PM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 114-674789 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | FOWLERVILI | MI | 48836 | Marketplace | 89.98 | 5.4 | 5.03 | 0 | 0 | 0 | 0 | 0 | -5.03 | 0 | -5.4 | -13.5 | -10.15 | 0 | 0 | 66.33 | Released | Aug 10, 2026 12:25:20 PM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 111-828852 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | PASADENA | CA | 91106 | Marketplace | 89.99 | 9.45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -9.45 | -13.5 | -10.15 | 0 | 0 | 66.34 | Released | Aug 9, 2026 11:23:39 PM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 112-430880 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | ATHOL | MA | 01331 | Marketplace | 84.99 | 5.31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.31 | -12.75 | -9.9 | 0 | 0 | 62.34 | Released | Aug 9, 2026 10:47:38 PM PDT |
| Aug 1, 2026 | 2.7203E+10 | Order | 111-955073 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | WARRENTO | VA | 20187 | Marketplace | 89.99 | 4.77 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -4.77 | -13.5 | -10.15 | 0 | 0 | 66.34 | Released | Aug 10, 2026 8:48:26 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Refund | 111-441765 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | Rio Rancho | New Mexico | 87144 | Marketplace | -89.99 | -6.69 | -2.99 | 0 | 0 | 0 | 0 | 0 | 2.99 | 0 | 6.69 | 10.8 | 0 | 0 | 0 | -79.19 | Released | Aug 9, 2026 12:40:30 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 114-201089 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | SUGARCREE | OH | 44681 | Marketplace | 89.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -13.5 | -10.29 | 0 | 0 | 66.2 | Released | Aug 11, 2026 10:54:45 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 113-413738 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | SEATTLE | WA | 98115 | Marketplace | 79.98 | 8.44 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -8.44 | -12 | -10.29 | 0 | 0 | 57.69 | Released | Aug 10, 2026 3:01:54 PM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 112-689336 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | CHULA VIST | CA | 91913 | Marketplace | 89.99 | 7.87 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7.87 | -13.5 | -10.29 | 0 | 0 | 66.2 | Released | Aug 10, 2026 7:06:36 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 112-375138 | PlayHouse0 | Umoving 20 | 1 | amazon.com | Amazon | SAINT LOUI | MO | 63122 | Marketplace | 319.99 | 17.4 | 0 | 0 | 0 | 0 | 0 | 0 | -16 | 0 | -17.4 | -45.6 | -19.61 | 0 | 0 | 238.78 | Released | Aug 12, 2026 8:43:09 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 113-199547 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | SAN DIEGO | CA | 92130 | Marketplace | 89.99 | 6.97 | 1.49 | 0 | 0 | 0 | 0 | 0 | -1.49 | 0 | -6.97 | -13.5 | -10.15 | 0 | 0 | 66.34 | Released | Aug 10, 2026 9:25:53 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 112-005964 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | SANTA ROS | CA | 95403 | Marketplace | 89.99 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -9 | -13.5 | -10.29 | 0 | 0 | 66.2 | Released | Aug 11, 2026 11:28:03 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 111-075827 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | SAN GABRIE | CA | 91775 | Marketplace | 84.99 | 8.92 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -8.92 | -12.75 | -9.9 | 0 | 0 | 62.34 | Released | Aug 10, 2026 6:36:12 PM PDT |
| Aug 2, 2026 | 2.7078E+10 | Adjustment | 112-005108 | Q8-M3B2-2 | FBA Invento | 1 | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 61.95 | 61.95 | Released | Aug 2, 2026 5:44:24 AM PDT |
| Aug 2, 2026 | 2.7078E+10 | Refund | 113-070614 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | HAYWARD | CA | 94541 | Marketplace | -89.99 | -9.67 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9.67 | 10.8 | 0 | 0 | 0 | -79.19 | Released | Aug 2, 2026 5:46:13 AM PDT |
| Aug 2, 2026 | 2.7078E+10 | Service Fee | | | Cost of Advertising | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -223.95 | 0 | -223.95 | Released | Aug 2, 2026 6:36:03 AM PDT |
| Aug 2, 2026 | 2.7319E+10 | Liquidations | 3.6488E+14 | X0049O05FJ | Umoving Pc | 1 | | | | | | | 9.74 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -3.06 | 0 | 6.68 | Released | Aug 25, 2026 4:02:30 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 111-385033 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | Portland | Maine | 04103 | Marketplace | 71.49 | 3.93 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -3.93 | -10.72 | -9.9 | 0 | 0 | 50.87 | Released | Aug 11, 2026 1:24:35 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 112-176798 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | VALLEY VIE | OH | 44125 | Marketplace | 89.99 | 7.2 | 2.99 | 0 | 0 | 0 | 0 | 0 | -2.99 | 0 | -7.2 | -13.5 | -10.29 | 0 | 0 | 66.2 | Released | Aug 10, 2026 10:22:35 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 113-218752 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | OVIEDO | FL | 32765 | Marketplace | 79.98 | 5.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.6 | -12 | -10.29 | 0 | 0 | 57.69 | Released | Aug 10, 2026 11:51:22 PM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 113-520308 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | OAKLAND | CA | 94619 | Marketplace | 89.99 | 9.67 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -9.67 | -13.5 | -10.29 | 0 | 0 | 66.2 | Released | Aug 11, 2026 4:07:30 AM PDT |
| Aug 2, 2026 | 2.7078E+10 | Amazon Fee | 42403438-f64e-4c74-80c | | Coupon Performance Ba | | Amazon.com | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -230.03 | 0 | 0 | 0 | -230.03 | Released | Aug 2, 2026 11:38:54 AM PDT |
| Aug 2, 2026 | 2.7078E+10 | Amazon Fee | 42403438-f64e-4c74-80c | | Coupon Participation Fe | | Amazon.com | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5 | 0 | 0 | 0 | -5 | Released | Aug 2, 2026 11:40:03 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 112-184436 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | LOS ANGELI | CA | 90077 | Marketplace | 79.98 | 7.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7.8 | -12 | -10.29 | 0 | 0 | 57.69 | Released | Aug 10, 2026 10:18:26 PM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 113-140443 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | DELAND | FL | 32724 | Marketplace | 89.99 | 5.85 | 2.99 | 0 | 0 | 0 | 0 | 0 | -2.99 | 0 | -5.85 | -13.5 | -10.15 | 0 | 0 | 66.34 | Released | Aug 9, 2026 9:46:37 PM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 113-356733 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | Robbinsville | NJ | 08691 | Marketplace | 89.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -13.5 | -10.15 | 0 | 0 | 66.34 | Released | Aug 14, 2026 10:13:41 PM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 111-301954 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | NORTHFIELI | NH | 03276 | | 79.98 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -12 | -10.29 | 0 | 0 | 57.69 | Released | Aug 11, 2026 6:56:12 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 112-089147 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | DURHAM | NC | 27712 | Marketplace | 89.99 | 6.75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -6.75 | -13.5 | -10.29 | 0 | 0 | 66.2 | Released | Aug 12, 2026 6:57:46 AM PDT |
| Aug 2, 2026 | 2.7078E+10 | Refund | 111-846562 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | DECATUR | GA | 30035 | Marketplace | -89.99 | -6.8 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 6.8 | 10.2 | 0 | 0 | 0 | -74.79 | Released | Aug 2, 2026 3:04:17 PM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 111-512671 | PlayTunnel-2-in-1 Kids | | 1 | amazon.com | Amazon | Cherokee | NC | 28719 | Marketplace | 159.99 | 0 | 4.22 | 0 | 0 | 0 | 0 | 0 | -24.22 | 0 | 0 | -21 | 0 | 0 | 0 | 118.99 | Released | Aug 11, 2026 4:43:00 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Refund | 114-914632 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | TUSTIN | CA | 92780 | Marketplace | -89.99 | -6.97 | -2.99 | 0 | 0 | 0 | 0 | 0 | 2.99 | 0 | 6.97 | 10.8 | 0 | 0 | 0 | -79.19 | Released | Aug 9, 2026 8:44:55 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 114-235185 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | NOLENSVILI | TN | 37135 | Marketplace | 89.99 | 8.77 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -8.77 | -13.5 | -10.15 | 0 | 0 | 66.34 | Released | Aug 11, 2026 12:23:07 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 113-347500 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | CATONSVILI | MD | 21228 | Marketplace | 89.98 | 5.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.4 | -13.5 | -10.15 | 0 | 0 | 66.33 | Released | Aug 10, 2026 11:22:02 PM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 111-286344 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | YUMA | AZ | 85365 | Marketplace | 89.99 | 7.57 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7.57 | -13.5 | -10.15 | 0 | 0 | 66.34 | Released | Aug 12, 2026 8:43:12 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 113-490124 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | WEST YELLC | MT | 59758 | | 89.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -13.5 | -10.15 | 0 | 0 | 66.34 | Released | Aug 13, 2026 10:06:13 AM PDT |
| Aug 2, 2026 | 2.7078E+10 | Refund | 112-010715 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | FORT RILEY | KS | 66442 | Marketplace | -89.99 | -6.12 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 6.12 | 10.2 | 0 | 0 | 0 | -74.79 | Released | Aug 2, 2026 6:44:07 PM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 111-766000 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | BROOKLYN | NY | 11211 | Marketplace | 84.99 | 7.54 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7.54 | -12.75 | -9.9 | 0 | 0 | 62.34 | Released | Aug 11, 2026 4:50:22 AM PDT |
| Aug 2, 2026 | 2.7203E+10 | Order | 114-762832 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | SUNNYSIDE | WA | 98944 | Marketplace | 89.99 | 7.38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7.38 | -13.5 | -10.29 | 0 | 0 | 66.2 | Released | Aug 11, 2026 3:36:08 AM PDT |
| Aug 2, 2026 | 2.7319E+10 | Liquidations | 3.6593E+14 | X0049O05FJ | Umoving Pc | 1 | | | | | | | 8.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -2.89 | 0 | 5.71 | Released | Sep 2, 2026 1:49:45 AM PDT |
| Aug 2, 2026 | 2.7319E+10 | Liquidations | 3.6593E+14 | X0049NI7QT | Umoving 10 | 1 | | | | | | | 8.63 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -2.89 | 0 | 5.74 | Released | Sep 2, 2026 3:11:27 AM PDT |
| Aug 3, 2026 | 2.7203E+10 | Order | 112-007443 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | SPRING BRA | TX | 78070 | Marketplace | 89.99 | 7.42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7.42 | -13.5 | -9.82 | 0 | 0 | 66.67 | Released | Aug 11, 2026 8:50:43 AM PDT |
| Aug 3, 2026 | 2.7078E+10 | FBA Transac | FBA18X2GRPD2 | | FBA Inbound Placement | | Amazon.com | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Released | Aug 3, 2026 1:25:15 AM PDT |
| Aug 3, 2026 | 2.7203E+10 | Order | 114-831401 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | NEWPORT N | VA | 23602 | Marketplace | 89.99 | 5.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.4 | -13.5 | -9.82 | 0 | 0 | 66.67 | Released | Aug 12, 2026 6:06:33 AM PDT |
| Aug 3, 2026 | 2.7203E+10 | Order | 111-559265 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | WEST COVIN | CA | 91792 | Marketplace | 89.99 | 8.77 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -8.77 | -13.5 | -10.15 | 0 | 0 | 66.34 | Released | Aug 10, 2026 8:55:12 PM PDT |
| Aug 3, 2026 | 2.7203E+10 | Order | 112-201501 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | MANASQUA | NJ | 08736 | Marketplace | 89.99 | 5.96 | 1 | 0 | 0 | 0 | 0 | 0 | -1 | 0 | -5.96 | -13.5 | -10.15 | 0 | 0 | 66.34 | Released | Aug 11, 2026 12:35:08 AM PDT |
| Aug 3, 2026 | 2.7203E+10 | Order | 111-314988 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | AUBREY | TX | 76227 | Marketplace | 84.99 | 5.74 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.74 | -12.75 | -9.9 | 0 | 0 | 62.34 | Released | Aug 10, 2026 3:21:21 PM PDT |
| Aug 3, 2026 | 2.7203E+10 | Order | 114-511923 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | HADDON H | NJ | 08035 | Marketplace | 89.99 | 5.96 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.96 | -13.5 | -10.15 | 0 | 0 | 66.34 | Released | Aug 10, 2026 3:03:43 PM PDT |
| Aug 3, 2026 | 2.7203E+10 | Order | 114-115389 | PlayHouse0 | Umoving 20 | 1 | amazon.com | Amazon | PORTAGE | MI | 49002 | Marketplace | 319.99 | 18.24 | 0 | 0 | 0 | 0 | 0 | 0 | -16 | 0 | -18.24 | -45.6 | -19.61 | 0 | 0 | 238.78 | Released | Aug 12, 2026 11:15:13 PM PDT |
| Aug 3, 2026 | 2.7319E+10 | Liquidations | 3.6593E+14 | X0049NI7QT | Umoving 10 | 1 | | | | | | | 7.11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -2.67 | 0 | 4.44 | Released | Aug 22, 2026 8:32:06 PM PDT |
| Aug 3, 2026 | 2.7203E+10 | Order | 113-579308 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | West Spring | MA | 01089 | Marketplace | 89.99 | 5.62 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.62 | -13.5 | -9.82 | 0 | 0 | 66.67 | Released | Aug 11, 2026 3:28:31 PM PDT |
| Aug 3, 2026 | 2.7203E+10 | Order | 111-762001 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | SUFFIELD | CT | 06078 | Marketplace | 89.99 | 5.71 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.71 | -13.5 | -9.82 | 0 | 0 | 66.67 | Released | Aug 12, 2026 1:34:23 AM PDT |
| Aug 3, 2026 | 2.7442E+10 | Liquidations | 3.6481E+14 | X0049NI7QT | Umoving 10 | 1 | | | | | | | 7.58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -2.74 | 0 | 4.84 | Released | Sep 11, 2026 1:43:08 PM PDT |
| Aug 3, 2026 | 2.7203E+10 | Order | 113-848883 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | PORTLAND | TN | 37148 | Marketplace | 79.98 | 7.8 | 6.57 | 0 | 0 | 0 | 0 | 0 | -6.57 | 0 | -7.8 | -12 | -9.82 | 0 | 0 | 58.16 | Released | Aug 12, 2026 11:26:21 PM PDT |
| Aug 3, 2026 | 2.7203E+10 | Order | 111-285143 | U-SOFA-20 | Umoving M | 1 | amazon.com | Amazon | JEFFERSON | VA | 22724 | Marketplace | 139.99 | 7.42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7.42 | -21 | 0 | 0 | 0 | 118.99 | Released | Aug 12, 2026 1:54:55 PM PDT |
| Aug 3, 2026 | 2.7203E+10 | Order | 111-325126 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | NOVI | MI | 48377 | Marketplace | 89.99 | 5.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.4 | -13.5 | -9.82 | 0 | 0 | 66.67 | Released | Aug 12, 2026 5:35:11 AM PDT |
| Aug 3, 2026 | 2.7203E+10 | Order | 113-064093 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | MANDAN | ND | 58554 | Marketplace | 79.98 | 6.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -6.6 | -12 | -9.82 | 0 | 0 | 58.16 | Released | Aug 12, 2026 8:53:02 PM PDT |
| Aug 3, 2026 | 2.7203E+10 | Order | 111-246330 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | LORTON | VA | 22079 | Marketplace | 89.99 | 5.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.4 | -13.5 | -9.82 | 0 | 0 | 66.67 | Released | Aug 12, 2026 12:21:28 AM PDT |
| Aug 3, 2026 | 2.7078E+10 | Refund | 113-588790 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | LODI | CA | 95242 | Marketplace | -89.99 | -7.42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7.42 | 10.8 | 0 | 0 | 0 | -79.19 | Released | Aug 3, 2026 12:25:45 PM PDT |
| Aug 3, 2026 | 2.7078E+10 | Refund | 113-050871 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | LIMA | OH | 45805 | Marketplace | -76.49 | -5.24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5.24 | 9.18 | 0 | 0 | 0 | -67.31 | Released | Aug 3, 2026 12:55:17 PM PDT |
| Aug 3, 2026 | 2.7203E+10 | Order | 113-084723 | PlayHouse0 | Umoving 20 | 1 | amazon.com | Amazon | CHARLOTTE | NC | 28207 | Marketplace | 319.99 | 25.08 | 0 | 0 | 0 | 0 | 0 | 0 | -16 | 0 | -25.08 | -45.6 | -19.61 | 0 | 0 | 238.78 | Released | Aug 13, 2026 2:39:10 PM PDT |
| Aug 3, 2026 | 2.7078E+10 | Amazon Fee | d32ed23a-e578-4ae0-a8 | | Coupon Participation Fe | | Amazon.com | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5 | 0 | 0 | 0 | -5 | Released | Aug 3, 2026 1:31:14 PM PDT |
| Aug 3, 2026 | 2.7078E+10 | Amazon Fee | d32ed23a-e578-4ae0-a8 | | Coupon Performance Ba | | Amazon.com | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -749.82 | 0 | 0 | 0 | -749.82 | Released | Aug 3, 2026 1:36:52 PM PDT |
| Aug 3, 2026 | 2.7203E+10 | Refund | 114-810871 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | STATEN ISL | NY | 10314 | Marketplace | -89.98 | -7.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7.99 | 10.8 | 0 | 0 | 0 | -79.18 | Released | Aug 7, 2026 7:13:00 AM PDT |