# Exhibit C

## 2025Nov1-2025Dec31 Custom Transaction

Note: Due to the voluminous nature of the raw transactional data, complete native CSV/Excel records are being provided directly to the Court and opposing counsel as working copies

Includes Amazon Marketplace, Fulfillment by Amazon (FBA), and Amazon Webstore transactions
All amounts in USD, unless specified
Definitions:
date/time: posted date/time of the transaction
Sales tax collected: Includes sales tax collected from buyers for product sales, shipping, and gift wrap.
Selling fees: Includes variable closing fees and referral fees.
Other transaction fees: Includes shipping chargebacks, shipping holdbacks, per-item fees and sales tax collection fees.
Other: Includes non-order transaction amounts. For more details, see the "Type" and "Description" columns for each order ID.
Note: Reports with start date of Jan 1, 2025 or later are indexed by posted date, include both released and deferred transactions and have two new columns. You may need to update integrations or third-party mappings.

| date/time | settlement i | type | order id | sku | description | quantity | marketplace | fulfillment | order city | order state | order postal | tax collectio | product sale | product sale | shipping cre | shipping cre | gift wrap cre | giftwrap cre | Regulatory F | Tax On Regu | promotiona | promotiona | marketplace | selling fees | fba fees | other transa | other | total | Transaction | Transaction Release Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov 1, 2025 | 2.4855E+10 | Order | 112-983636 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | CANYON C | CA | 91351 | Marketplace | 84.99 | 8.29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -8.29 | -12.75 | -9.79 | 0 | 0 | 62.45 | Released | Nov 1, 2025 1:12:38 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 111-477099 | ClimbingB0 | Umoving 7- | 1 | amazon.com | Amazon | ALPHARETT | GA | 30022 | Marketplace | 49.99 | 3.87 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -3.87 | -7.5 | -15.79 | 0 | 0 | 26.7 | Released | Nov 1, 2025 1:18:41 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 111-018041 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | CHANNELVI | TX | 77530 | Marketplace | 89.99 | 6.52 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -6.52 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 1, 2025 1:40:43 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 114-063824 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | WEATHERF | TX | 76088 | Marketplace | 89.99 | 7.42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7.42 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 1, 2025 1:58:39 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 113-816230 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | NATURAL B | VA | 24579 | Marketplace | 319.99 | 16.96 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -16.96 | -48 | -22.43 | 0 | 0 | 249.56 | Released | Nov 1, 2025 2:08:22 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 111-968777 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | PHILADELPH | PA | 19144 | Marketplace | 89.99 | 5.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.4 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 1, 2025 2:18:19 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 113-110199 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | ATLANTA | GA | 30305 | Marketplace | 89.99 | 8.01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -8.01 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 1, 2025 2:18:35 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 112-594201 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | LAKEWOOD | NJ | 08701 | Marketplace | 89.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 1, 2025 2:18:58 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 113-110199 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | ATLANTA | GA | 30305 | Marketplace | 89.99 | 8.01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -8.01 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 1, 2025 2:57:59 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Adjustment | 111-036281 | G5-8XL3-6Z | FBA Invento | 1 | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 62.37 | 62.37 | Released | Nov 1, 2025 3:11:39 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 112-325549 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | THATCHER | AZ | 85552 | Marketplace | 89.99 | 5.94 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.94 | -13.5 | -9.87 | 0 | 0 | 66.62 | Released | Nov 1, 2025 4:00:36 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 113-622359 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | NEW CARLIS | OH | 45344 | Marketplace | 319.99 | 23.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -23.2 | -48 | -22.43 | 0 | 0 | 249.56 | Released | Nov 1, 2025 6:21:09 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Refund | 113-579281 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | ORLANDO | FL | 32804 | Marketplace | -319.99 | -20.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20.8 | 43 | 0 | 0 | 0 | -276.99 | Released | Nov 1, 2025 6:21:16 AM PDT |
| Nov 1, 2025 | 2.5714E+10 | Liquidations | 1.4312E+14 | X004NUR3C | Umoving 7- | 1 | | | | | | | 7.69 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -3.45 | 0 | 4.24 | Released | Mar 2, 2026 6:19:09 AM PST |
| Nov 1, 2025 | 2.4855E+10 | Order | 112-417844 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | BLOOMFIEL | MI | 48301 | Marketplace | 319.99 | 19.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -19.2 | -48 | -22.43 | 0 | 0 | 249.56 | Released | Nov 1, 2025 10:58:40 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 111-951259 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | AURORA | CO | 80017 | Marketplace | 319.99 | 25.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -25.6 | -48 | -22.43 | 0 | 0 | 249.56 | Released | Nov 1, 2025 11:23:42 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Refund | 111-113260 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | BROOKLYN | NY | 11209 | Marketplace | -89.99 | -7.99 | -1.49 | 0 | 0 | 0 | 0 | 0 | 1.49 | 0 | 7.99 | 10.8 | 0 | 0 | 0 | -79.19 | Released | Nov 1, 2025 11:24:18 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 113-165044 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | MILFORD | DE | 19963 | | 319.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -48 | -22.43 | 0 | 0 | 249.56 | Released | Nov 1, 2025 11:40:25 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 113-165044 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | MILFORD | DE | 19963 | | 319.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -48 | -22.43 | 0 | 0 | 249.56 | Released | Nov 1, 2025 11:41:18 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 111-103498 | ClimbingB0 | Umoving 7- | 1 | amazon.com | Amazon | NORTHVILL | MI | 48168 | Marketplace | 49.99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -3 | -7.5 | -15.79 | 0 | 0 | 26.7 | Released | Nov 1, 2025 11:45:46 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 111-339838 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | SEBRING | FLORIDA | 33872 | Marketplace | 89.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 1, 2025 11:47:30 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 113-088282 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | GUNPOWD | MD | 21010 | Marketplace | 84.99 | 5.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.1 | -12.75 | -9.79 | 0 | 0 | 62.45 | Released | Nov 1, 2025 11:48:30 AM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 112-235444 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | CAROLINA | PR | 00979 | Marketplace | 89.99 | 10.35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -10.35 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 1, 2025 12:12:28 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 111-036901 | ClimbingB0 | Umoving 7- | 1 | amazon.com | Amazon | Enoch | UT | 84721 | Marketplace | 49.99 | 3.37 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -3.37 | -7.5 | -15.79 | 0 | 0 | 26.7 | Released | Nov 1, 2025 12:18:09 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Refund | 111-072195 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | LIBERTYVILL | IL | 60048 | Marketplace | -84.99 | -7.22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7.22 | 10.2 | 0 | 0 | 0 | -74.79 | Released | Nov 1, 2025 12:30:05 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 112-353628 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | DAYTON | OH | 45415 | Marketplace | 84.99 | 6.37 | 2.99 | 0 | 0 | 0 | 0 | 0 | -2.99 | 0 | -6.37 | -12.75 | -9.79 | 0 | 0 | 62.45 | Released | Nov 1, 2025 1:27:54 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 112-251980 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | OWENSBOR | KY | 42303 | Marketplace | 84.99 | 5.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.1 | -12.75 | -9.79 | 0 | 0 | 62.45 | Released | Nov 1, 2025 1:46:13 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 112-496674 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | COLUMBUS | OH | 43224 | Marketplace | 99.99 | 8 | 5.84 | 0 | 0 | 0 | 0 | 0 | -5.84 | 0 | -8 | -15 | -9.79 | 0 | 0 | 75.2 | Released | Nov 1, 2025 2:17:53 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Refund | 111-300739 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | RIVERVIEW | FL | 33578 | Marketplace | -89.99 | 0 | -0.6 | 0 | 0 | 0 | 0 | 0 | 0.6 | 0 | 0 | 10.8 | 0 | 0 | 0 | -79.19 | Released | Nov 1, 2025 2:35:30 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 113-161902 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | TINTON FAL | NJ | 07753 | Marketplace | 319.99 | 21.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -21.2 | -48 | -22.43 | 0 | 0 | 249.56 | Released | Nov 1, 2025 2:50:49 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 112-233345 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | SAN ANTON | TX | 78233 | Marketplace | 89.99 | 7.42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7.42 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 1, 2025 3:27:06 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 113-871814 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | CHARLOTTE | VA | 22903 | Marketplace | 84.99 | 4.5 | 2.99 | 0 | 0 | 0 | 0 | 0 | -2.99 | 0 | -4.5 | -12.75 | -9.79 | 0 | 0 | 62.45 | Released | Nov 1, 2025 4:11:04 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Refund | 113-270046 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | SAN JOSE | CA | 95136 | Marketplace | -84.99 | -7.97 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7.97 | 10.2 | 0 | 0 | 0 | -74.79 | Released | Nov 1, 2025 4:34:25 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 113-040743 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | PERKASIE | PA | 18944 | Marketplace | 84.99 | 5.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.1 | -12.75 | -9.79 | 0 | 0 | 62.45 | Released | Nov 1, 2025 4:44:29 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 112-134827 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | DELHI | CA | 95315 | Marketplace | 89.99 | 6.97 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -6.97 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 1, 2025 5:19:05 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 114-665431 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | VANCOUVE | WA | 98685 | Marketplace | 89.99 | 7.65 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7.65 | -13.5 | -9.87 | 0 | 0 | 66.62 | Released | Nov 1, 2025 5:42:03 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 111-352630 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | KENNEWICK | WA | 99338 | Marketplace | 89.99 | 7.29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7.29 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 1, 2025 7:07:11 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 113-304602 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | HUMBLE | TX | 77396 | Marketplace | 84.99 | 7.01 | 2.99 | 0 | 0 | 0 | 0 | 0 | -2.99 | 0 | -7.01 | -12.75 | -9.79 | 0 | 0 | 62.45 | Released | Nov 1, 2025 7:23:42 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 112-846641 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | FALLS CHUF | VA | 22046 | Marketplace | 319.99 | 19.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -19.2 | -48 | -22.43 | 0 | 0 | 249.56 | Released | Nov 1, 2025 7:35:49 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 113-138936 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | Commack | NY | 11725 | Marketplace | 84.99 | 7.44 | 2.99 | 0 | 0 | 0 | 0 | 0 | -2.99 | 0 | -7.44 | -12.75 | -9.79 | 0 | 0 | 62.45 | Released | Nov 1, 2025 8:49:53 PM PDT |
| Nov 1, 2025 | 2.5714E+10 | Liquidations | 1.4697E+14 | X0049NI7QT | Umoving 10 | 1 | | | | | | | 8.87 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -2.93 | 0 | 5.94 | Released | Mar 2, 2026 8:32:34 AM PST |
| Nov 1, 2025 | 2.4855E+10 | Order | 111-524686 | ClimbingB0 | Umoving 7- | 1 | amazon.com | Amazon | Purdy | MO | 65734 | Marketplace | 49.99 | 3.11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -3.11 | -7.5 | -15.79 | 0 | 0 | 26.7 | Released | Nov 1, 2025 9:24:14 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 114-436372 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | ADA | MI | 49301 | Marketplace | 89.99 | 5.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.4 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 1, 2025 10:05:19 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 111-487199 | ClimbingB0 | Umoving 7- | 1 | amazon.com | Amazon | PLEASANT ( | UT | 84062 | Marketplace | 49.99 | 3.72 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -3.72 | -7.5 | -15.79 | 0 | 0 | 26.7 | Released | Nov 1, 2025 10:27:38 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 112-485058 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | MILFORD | MA | 01757 | Marketplace | 319.99 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -20 | -48 | -22.43 | 0 | 0 | 249.56 | Released | Nov 1, 2025 10:28:29 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 112-846641 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | FALLS CHUF | VA | 22046 | Marketplace | 319.99 | 19.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -19.2 | -48 | -22.43 | 0 | 0 | 249.56 | Released | Nov 1, 2025 10:30:16 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 113-022565 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | Mount Pleas | TX | 75455 | Marketplace | 319.99 | 21.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -21.6 | -48 | -22.43 | 0 | 0 | 249.56 | Released | Nov 1, 2025 10:38:09 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 112-169125 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | MOUNDRID | KS | 67107 | Marketplace | 319.99 | 28.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -28.8 | -48 | -22.43 | 0 | 0 | 249.56 | Released | Nov 1, 2025 10:38:13 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 111-877291 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | IRVINE | CA | 92620 | Marketplace | 89.99 | 6.97 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -6.97 | -13.5 | -9.87 | 0 | 0 | 66.62 | Released | Nov 1, 2025 11:02:37 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 113-581748 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | BEAVERTON | OR | 97003 | | 89.99 | 0 | 1.49 | 0 | 0 | 0 | 0 | 0 | -1.49 | 0 | 0 | -13.5 | -9.87 | 0 | 0 | 66.62 | Released | Nov 1, 2025 11:17:29 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 113-645406 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | BENICIA | CA | 94510 | Marketplace | 89.99 | 8.66 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -8.66 | -13.5 | -9.87 | 0 | 0 | 66.62 | Released | Nov 1, 2025 11:45:45 PM PDT |
| Nov 1, 2025 | 2.4855E+10 | Order | 113-929652 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | TWIN PEAKS | CA | 92391 | Marketplace | 89.99 | 6.97 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -6.97 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 1, 2025 11:51:14 PM PDT |
| Nov 2, 2025 | 2.4855E+10 | Order | 112-006225 | ClimbingB0 | Umoving 7- | 1 | amazon.com | Amazon | O FALLON | MO | 63368 | Marketplace | 49.99 | 3.97 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -3.97 | -7.5 | -15.79 | 0 | 0 | 26.7 | Released | Nov 2, 2025 12:22:43 AM PDT |
| Nov 2, 2025 | 2.4855E+10 | Order | 114-477681 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | ORANGE | CA | 92869 | Marketplace | 89.99 | 6.97 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -6.97 | -13.5 | -9.87 | 0 | 0 | 66.62 | Released | Nov 2, 2025 12:51:46 AM PDT |
| Nov 2, 2025 | 2.4855E+10 | Order | 111-608510 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | UNION | NE | 68455 | Marketplace | 89.99 | 4.95 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -4.95 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 2, 2025 12:56:53 AM PDT |
| Nov 2, 2025 | 2.4855E+10 | Order | 111-608510 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | UNION | NE | 68455 | Marketplace | 89.99 | 4.95 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -4.95 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 2, 2025 12:57:23 AM PDT |
| Nov 2, 2025 | 2.4855E+10 | Adjustment | | G5-8XL3-6Z | FBA Invento | 1 | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26.1 | 26.1 | Released | Nov 2, 2025 1:31:42 AM PDT |
| Nov 2, 2025 | 2.4855E+10 | Order | 114-100711 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | CENTRAL V | UT | 84754 | Marketplace | 89.99 | 5.98 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.98 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 2, 2025 1:34:12 AM PDT |
| Nov 2, 2025 | 2.4855E+10 | Order | 113-919022 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | Ontario | CA | 91762 | Marketplace | 116.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -17.55 | -9.87 | 0 | 0 | 89.57 | Released | Nov 2, 2025 1:59:42 AM PDT |
| Nov 2, 2025 | 2.4855E+10 | Order | 113-426850 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | SPRING LAK | MI | 49456 | Marketplace | 319.99 | 19.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -19.2 | -48 | -22.43 | 0 | 0 | 249.56 | Released | Nov 2, 2025 1:05:10 AM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 114-221958 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | Greenback | TN | 37742 | Marketplace | 89.99 | 8.77 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -8.77 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 2, 2025 1:47:27 AM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 114-745329 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | TECUMSEH | MI | 49286 | Marketplace | 89.99 | 5.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.4 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 2, 2025 1:48:01 AM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 111-382141 | Q8-M3B2-2 | Umoving Pc | 2 | amazon.com | Amazon | MILTON | FL | 32570 | Marketplace | 179.98 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -27 | -19.1 | 0 | 0 | 133.88 | Released | Nov 2, 2025 1:48:02 AM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 113-978892 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | VACAVILLE | CA | 95688 | Marketplace | 84.99 | 6.91 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -6.91 | -12.75 | -9.79 | 0 | 0 | 62.45 | Released | Nov 2, 2025 1:49:53 AM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 111-294296 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | BROOKLYN | NY | 11211 | Marketplace | 89.99 | 7.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7.99 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 2, 2025 1:54:52 AM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 111-091923 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | Louisville | KY | 40223 | Marketplace | 89.99 | 5.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.4 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 2, 2025 1:55:08 AM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 111-931163 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | CATONSVIL | MD | 21228 | Marketplace | 89.99 | 5.4 | 2.99 | 0 | 0 | 0 | 0 | 0 | -2.99 | 0 | -5.4 | -13.5 | -9.87 | 0 | 0 | 66.62 | Released | Nov 2, 2025 2:20:21 AM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 114-408572 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | ST AUGUSTI | FL | 32095 | Marketplace | 319.99 | 20.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -20.8 | -48 | -22.43 | 0 | 0 | 249.56 | Released | Nov 2, 2025 5:42:28 AM PST |
| Nov 2, 2025 | 2.4855E+10 | Service Fee | | | Cost of Advertising | | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -388.05 | 0 | -388.05 | Released | Nov 2, 2025 6:05:18 AM PST |
| Nov 2, 2025 | 2.5714E+10 | Liquidations | 1.4639E+14 | X0049NI7QT | Umoving 10 | 1 | | | | | | | 3.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -2.2 | 0 | 1.79 | Released | Mar 2, 2026 8:16:57 AM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 111-072596 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | GILBERT | AZ | 85298 | Marketplace | 319.99 | 26.56 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -26.56 | -48 | -22.43 | 0 | 0 | 249.56 | Released | Nov 2, 2025 9:53:10 AM PST |
| Nov 2, 2025 | 2.4855E+10 | Refund | 111-477889 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | CALABASAS | CA | 91302 | Marketplace | -319.99 | -31.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 31.2 | 43 | 0 | 0 | 0 | -276.99 | Released | Nov 2, 2025 9:54:22 AM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 111-644859 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | POWAY | CA | 92064 | Marketplace | 89.99 | 6.97 | 1.49 | 0 | 0 | 0 | 0 | 0 | -1.49 | 0 | -6.97 | -13.5 | -9.87 | 0 | 0 | 66.62 | Released | Nov 2, 2025 10:04:23 AM PST |
| Nov 2, 2025 | 2.4855E+10 | Refund | 111-791560 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | LIVONIA | MI | 48154 | Marketplace | -319.99 | -19.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19.2 | 43 | 0 | 0 | 0 | -276.99 | Released | Nov 2, 2025 10:14:10 AM PST |
| Nov 2, 2025 | 2.5714E+10 | Liquidations | 1.4573E+14 | X0049NI7QT | Umoving 10 | 1 | | | | | | | 9.75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -3.06 | 0 | 6.69 | Released | Mar 3, 2026 5:05:19 AM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 113-947000 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | GRAHAM | WA | 98338 | Marketplace | 89.99 | 7.29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -7.29 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 2, 2025 11:03:23 AM PST |
| Nov 2, 2025 | 2.5714E+10 | Liquidations | 1.4281E+14 | X0049NI7QT | Umoving 10 | 1 | | | | | | | 8.18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -2.83 | 0 | 5.35 | Released | Mar 3, 2026 1:47:58 AM PST |
| Nov 2, 2025 | 2.4855E+10 | Refund | 113-583337 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | TIPP CITY | OH | 45371 | Marketplace | -79.99 | -5.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5.6 | 9.6 | 0 | 0 | 0 | -70.39 | Released | Nov 2, 2025 11:38:22 AM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 111-259706 | PlayHouse0 | 20-Piece Ma | 1 | amazon.com | Amazon | FOLSOM | CA | 95630 | Marketplace | 319.99 | 24.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -24.8 | -48 | -22.43 | 0 | 0 | 249.56 | Released | Nov 2, 2025 12:15:22 PM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 112-046463 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | SMYRNA | TN | 37167 | Marketplace | 89.99 | 8.77 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -8.77 | -13.5 | -9.87 | 0 | 0 | 66.62 | Released | Nov 2, 2025 12:39:30 PM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 111-209093 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | NORTH BRU | NJ | 08902 | Marketplace | 89.99 | 5.96 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.96 | -13.5 | -9.87 | 0 | 0 | 66.62 | Released | Nov 2, 2025 2:27:46 PM PST |
| Nov 2, 2025 | 2.4855E+10 | Refund | 114-270828 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | CHAPEL HIL | NC | 27516 | Marketplace | -84.99 | -6.37 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6.37 | 10.2 | 0 | 0 | 0 | -74.79 | Released | Nov 2, 2025 2:32:57 PM PST |
| Nov 2, 2025 | 2.4855E+10 | Refund | 114-270828 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | CHAPEL HIL | NC | 27516 | Marketplace | -84.99 | -6.37 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6.37 | 10.2 | 0 | 0 | 0 | -74.79 | Released | Nov 2, 2025 2:33:31 PM PST |
| Nov 2, 2025 | 2.4855E+10 | Refund | 112-353628 | F3-4SYC-M | Umoving Pc | 1 | amazon.com | Amazon | DAYTON | OH | 45415 | Marketplace | -84.99 | -6.37 | -2.99 | 0 | 0 | 0 | 0 | 0 | 2.99 | 0 | 6.37 | 10.2 | 0 | 0 | 0 | -74.79 | Released | Nov 2, 2025 2:34:55 PM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 111-110578 | ClimbingB0 | Umoving 7- | 1 | amazon.com | Amazon | SINTON | TX | 78387 | Marketplace | 49.99 | 3.12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -3.12 | -7.5 | -15.79 | 0 | 0 | 26.7 | Released | Nov 2, 2025 3:00:26 PM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 112-014535 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | MARTINSVIL | VA | 24112 | Marketplace | 89.99 | 5.67 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5.67 | -13.5 | -9.87 | 0 | 0 | 66.62 | Released | Nov 2, 2025 3:07:04 PM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 113-759939 | G5-8XL3-6Z | Umoving 10 | 1 | amazon.com | Amazon | WILMINGTC | DE | 19804 | | 116.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -17.55 | -9.87 | 0 | 0 | 89.57 | Released | Nov 2, 2025 3:23:01 PM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 114-205181 | ClimbingB0 | Umoving 7- | 1 | amazon.com | Amazon | MARS | PA | 16046 | Marketplace | 49.99 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -3 | -7.5 | -15.79 | 0 | 0 | 26.7 | Released | Nov 2, 2025 4:44:01 PM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 113-367782 | Q8-M3B2-2 | Umoving Pc | 1 | amazon.com | Amazon | Hayward | CA | 94542 | Marketplace | 89.99 | 9.67 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -9.67 | -13.5 | -9.55 | 0 | 0 | 66.94 | Released | Nov 2, 2025 5:52:52 PM PST |
| Nov 2, 2025 | 2.4855E+10 | Order | 113-113796 | ClimbingB0 | Umoving 7- | 1 | amazon.com | Amazon | MARSHALL | IL | 62441 | Marketplace | 49.99 | 3.62 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -3.62 | -7.5 | -15.79 | 0 | 0 | 26.7 | Released | Nov 2, 2025 7:13:25 PM PST |