# Exhibit D

## Manage Your Inventory- OMZZ

OMZZ-US | United States Healthy

Manage account health Manage products Manage orders Ads console Business reports Manage shipments Deals Add products A+ Content Ma

**Manage products** | Manage A+ content | Manage images | Manage videos | Manage experiments | View selling applicat

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 2 Complete drafts 0 Activate listings 0 Enhance listings 0 Review listing changes

Quick Filters: All (2) Variations (0) | Show: Favorites Frequently viewed Recommended for FBA

Search: All — Search SKU, Title/Keyword, FNSKU, ASIN, UPC/EAN
Listing status: All (2)
Fulfilled by: All

1 - 2 of 2 **Sort by:** Date Created: New to Old

| Listing status<br>Next step | Product details<br>Image, Title, ASIN, and SKU | Performance<br>Last 30 days | Inventory<br>Fulfilled by and quantity | Price and ship<br>Pricing details |
|---|---|---|---|---|
| **Active**<br>Feb 28, 2026, 02:23 AM | <br>Umoving Deluxe Magnetic Fort Building Panels Kit – 24-Piece Giant Modular Playhouse Set with Rectangle & Trapezoid Panels – Premium STEM Creative Indoor Construction Toy for Kids Ages 3+<br>ASIN B0F1F8XFQ6<br>SKU Magnetic2 | **Sales** $78,898<br>Units sold 207<br>Page views 23,587<br>Sales rank 31,684<br>(Toys & Games) | **On-hand (FBA)** 226<br>Available 208<br>Inbound 580<br>Unfulfillable 4<br>Reserved 20 | **Price**<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured o<br>Business p<br>View referenc |
| **Active**<br>Oct 12, 2026, 11:12 PM | <br>Umoving 20-Piece Magnetic Fort Building Kit for Kids – Giant Modular Playhouse Panels, STEM Construction Toy for Creative Indoor Play, Ages 3+<br>ASIN B0F1FC6SHD<br>SKU Magnetic1 | **Sales** $123,582<br>Units sold 452<br>Page views 65,321<br>Sales rank 31,717<br>(Toys & Games) | **On-hand (FBA)** 3<br>Available 3<br>Inbound 700<br>Unfulfillable 2<br>Reserved 0 | **Price**<br>Minimum pric<br>Maximum price<br>Featured o<br>$314.99 + $0<br>Business p<br>View referenc |

**Page** 1 **of 1** Go < 1 >

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback