# Exhibit E

## Manage Your Inventory- UMOVING

U-MOVING | United States    Healthy

Manage products | Add products | Manage shipments | A+ Content Manager | Ads console | Manage orders | Business reports | Manage promotions | Vo

**Manage products** | Manage A+ content | Manage images | Manage videos | Manage experiments | View selling applicat

Products > Manage products

# Manage All Inventory

Learn more | View product tour | Provide feedback

All listings 63 | Complete drafts 0 | Activate listings 53 | Enhance listings 0 | Review listing changes

Quick Filters: All (63) | Variations (6) | Show: Favorites | Frequently viewed | Recommended for FBA

Search: All | playhouse
Listing status: All (63)
Fulfilled by: All

1 - 2 of 2 **Sort by:** Date Created: New to Old

| Listing status / Next step | Product details (Image, Title, ASIN, and SKU) | Performance (Last 30 days) | Inventory (Fulfilled by and quantity) | Price and ship (Pricing details) |
|---|---|---|---|---|
| **Active**<br>Feb 26, 2026, 07:01 PM | <br>Umoving 20-Piece Magnetic Fort Building Kit for Kids – Giant Modular Playhouse Panels, STEM Construction Toy for Creative Indoor Play, Ages 3+<br>ASIN B0F1FC6SHD<br>SKU PlayHouse01<br>FNSKU X004LWFRQB<br>Variation Family Details<br>+3 marketplaces | **Sales** $45,074<br>Units sold 154<br>Page views 65,321<br>Sales rank 31,717<br>(Toys & Games) | **On-hand (FBA)** 76<br>Available 76<br>Inbound 0<br>Unfulfillable 0<br>Reserved 13 | **Price**<br>Shipping cost<br>Minimum pric<br>Maximum price<br>Sale price<br>Featured o<br>Business p<br>View referenc |
| **Out of stock**<br>Replenish inventory<br>Jul 30, 2026, 09:12 AM | <br>Umoving Deluxe Magnetic Fort Building Panels Kit – 24-Piece Giant Modular Playhouse Set with Rectangle & Trapezoid Panels – Premium STEM Creative Indoor Construction Toy for Kids Ages 3+<br>ASIN B0F1F8XFQ6<br>SKU PlayHouse03<br>FNSKU X004LW55QD<br>Variation Family Details<br>+2 marketplaces | **Sales** --<br>Units sold --<br>Page views 23,587<br>Sales rank 31,684<br>(Toys & Games) | **On-hand (FBA)** 0<br>Available 0<br>Inbound 0<br>Unfulfillable 1<br>Reserved 0 | **Price**<br>Minimum pric<br>Maximum price<br>Featured o<br>$414.99 + $C<br>Business p<br>View referenc |

**Page** 1 **of 1** Go    ‹ 1 ›

© 1999-2026, Amazon.com, Inc. or its affiliates

Site map | Program Policies

Feedback