IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| OMZZ TRADING CO., LIMITED and NINGBO UNIONMAX TECHNOLOGY CO., LTD., | ) | |
| Plaintiffs, | ) | Case No. 1:26-CV-09480 |
| v. | ) | |
| EVERPLAY LABS LIMITED, | ) | |
| Defendant. | ) | |

**EVERPLAY LABS LIMITED'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DENIAL OF REQUEST FOR EX PARTE REEXAMINATION OF U.S. PATENT NO. 12,551,811**

Everplay Labs Limited ("Everplay") respectfully notifies the Court of a decision of the United States Patent and Trademark Office ("PTO") that issued after the close of briefing on Plaintiffs' Motion to Stay Proceedings Pending Ex Parte Repexamination of the '811 Patent (Dkt. 19) and after the parties submitted proposed findings of fact and conclusions of law (Dkt. 51, 53) on Everplay's Motion for Preliminary Injunction (Dkt. 12).

On November 5, 2026, the PTO issued a decision denying the Request for Ex Parte Reexamination of U.S. Patent No. 12,551,811 (the "'811 patent"), Control No. 90/016,557, filed on September 1, 2026, by third-party requester Ningbo UnionMax Technology Co., Ltd. A copy of the decision is attached as Exhibit A. *See* Ex. A at ECF 2, 4.

The decision states that "[a] substantial new question of patentability (SNQ) affecting claims 1-24 of United States Patent Number 12,551,811 B2 . . . has not been raised by the request for *ex parte* reexamination." Ex. A at ECF 5. Addressing the references cited in the request, the decision states that "the prior art of Ornstein, Kim, Wei, Marrin, Goodman, Aun, Haines, Glickman and Cheung, taken alone, in combination, or in new light, fail to raise an SNQ with respect to

independent claims 1, 17, 22 and 24," and that "no SNQ arises with respect to dependent claims 2-16, 18-21 and 23." *Id.* at ECF 15. It concludes that "the Request for Reexamination of Claims 1-24 of United States Patent Number 12,551,811 B2 is DENIED." *Id.* at ECF 17.

Everplay submits this notice and the attached decision for the Court's information.

Dated: November 5, 2026

/s/Mark T. Deming
Mark T. Deming, Ill. Bar No. 6299631
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
(312) 819-1900
mdeming@polsinelli.com

M. Lawrence Oliverio
*(pro hac vice)*
POLSINELLI PC
One International Place, Suite 3900
Boston, MA 02110
(617) 406-0335
loliverio@polsinelli.com

Andrew Z. Weaver
*(pro hac vice)*
POLSINELLI PC
1000 Louisiana Street
Suite 6400
Houston, TX 77002
(713) 374-1600
aweaver@polsinelli.com

*Attorneys for Everplay Labs Limited.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure and Local Rule 5.9.

/s/Mark Deming