**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

OMZZ Trading Co., Limited, et al.
Plaintiff,
v.
Everplay Labs Limited
Defendant.

Case No.: 1:26−cv−09480
Honorable Sunil R. Harjani

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 10, 2026:

MINUTE entry before the Honorable Karyn L. Bass Ehler. Plaintiffs' Motion to Stay Proceedings Pending Ex Parte Reexamination of the '811 Patent [19] requests that this Court stay proceedings pending the United States Patent and Trademark Office ("USPTO") decision on whether to order reexamination of the patent−in−suit, U.S. Patent No. 12,551,811 ("'811 Patent"). On November 5, 2026, the USPTO issued a decision denying the Request for Ex Parte Reexamination of the '811 patent. See Exhibit A to Everplay Labs Limited's Notice of Supplemental Authority Regarding Denial of Request for Ex Parte Reexamination of U.S. Patent No. 12,551,811 [55−1]. Accordingly, the Court denies Plaintiffs' Motion to Stay [19] as moot. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.