**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

OMZZ Trading Co., Limited, et al.
Plaintiff,
v.
Case No.: 1:26−cv−09480
Honorable Sunil R. Harjani

Everplay Labs Limited
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 17, 2026:

MINUTE entry before the Honorable Karyn L. Bass Ehler. All matters relating to the referral of this case having been resolved, the referral is closed, and the case is returned to the District Judge. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.