IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| OMZZ TRADING CO., LIMITED and NINGBO UNIONMAX TECHNOLOGY CO., LTD., | ) | |
| Plaintiffs, | ) | Case No. 1:26-CV-09480 |
| v. | ) | |
| EVERPLAY LABS LIMITED, | ) | |
| Defendant. | ) | |

**NOTICE OF FILING AND TENDER OF INJUNCTION BOND**

Defendant and Counterclaim-Plaintiff Everplay Labs Limited ("Everplay") files and tenders the executed $200,000 Injunction Bond dated November 24, 2026, issued by U.S. Specialty Insurance Company as surety, Bond No. 1001208774. A copy of the executed bond, including the surety's power of attorney, is attached as Exhibit A.

The bond is submitted as security under Federal Rule of Civil Procedure 65(c) in the amount recommended in paragraph 6 of the proposed injunction in the Report and Recommendation (Dkt. 56 at 60). That paragraph provides for the injunction to take effect upon Everplay's posting of security and filing of notice of that posting.

Contemporaneously with this filing, Everplay is delivering the original bond to chambers. Everplay submits the bond and this notice in advance of the Court's ruling on its motion for preliminary injunction (Dkt. 12), so that an injunction adopting the recommended $200,000 security requirement may take effect immediately upon entry, subject to the terms of the Court's order.

Dated: November 25, 2026

POLSINELLI PC

/s/ Mark T. Deming

Mark T. Deming, Ill. Bar No. 6299631
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
(312) 819-1900
mdeming@polsinelli.com

M. Lawrence Oliverio
*(pro hac vice)*
POLSINELLI PC
One International Place, Suite 3900
Boston, MA 02110
(617) 406-0335
loliverio@polsinelli.com

Andrew Z. Weaver
*(pro hac vice)*
POLSINELLI PC
1000 Louisiana Street
Suite 6400
Houston, TX 77002
(713) 374-1600
aweaver@polsinelli.com

*Attorneys for Everplay Labs Limited.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure and Local Rule 5.9.

/s/ Mark T. Deming