# EXHIBIT A

Executed Injunction Bond

U.S. Specialty Insurance Company

Bond No. 1001208774

$200,000

Dated November 24, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| OMZZ TRADING CO., LIMITED and NINGBO UNIONMAX TECHNOLOGY CO., LTD., | ) | |
| Plaintiffs, | ) | Case No. 1:26-CV-09480 |
| v. | ) | |
| EVERPLAY LABS LIMITED, | ) | |
| Defendant. | ) | |

## INJUNCTION BOND

NOTICE IS HEREBY GIVEN that Defendant EVERPLAY LABS LIMITED, as Principal, and U.S. SPECIALTY INSURANCE COMPANY, as Surety, are firmly bound unto OMZZ TRADING CO., LIMITED and NINGBO UNIONMAX TECHNOLOGY CO., LTD., Plaintiffs in the above-entitled action, in the sum of $200,000, to be paid to said Plaintiffs, their heirs, executors, administrators and assigns, to which payment we bind ourselves, our heirs, executors and administrators, jointly and severally.

WHEREAS, Defendant has obtained from the United States District Court for the Northern District of Illinois, a Preliminary Injunction against the said Plaintiffs, upon condition that Defendant executes and files a good and sufficient bond for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained;

NOW, THEREFORE, the condition of this obligation is such that, if EVERPLAY LABS LIMITED, as Principal, shall pay such costs and damages, if any, as the Court may determine were sustained by OMZZ TRADING CO., LIMITED or NINGBO UNIONMAX

TECHNOLOGY CO., LTD. as a result of having been wrongfully enjoined or restrained by the Preliminary Injunction entered in this action, then this obligation shall be discharged; otherwise, this Bond shall remain in full force and effect.

Dated: November 24, 2026

EVERPLAY LABS LIMITED

/s/Mark T. Deming
Mark T. Deming, Ill. Bar No. 6299631
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
(312) 819-1900
mdeming@polsinelli.com

M. Lawrence Oliverio *(pro hac vice)*
POLSINELLI PC
One International Place, Suite 3900
Boston, MA 02110
(617) 406-0335
loliverio@polsinelli.com

Andrew Z. Weaver *(pro hac vice)*
POLSINELLI PC
1000 Louisiana Street
Suite 6400
Houston, TX 77002
(713) 374-1600
aweaver@polsinelli.com

*Attorneys for Everplay Labs Limited.*

PRINCIPAL

**U.S. SPECIALTY INSURANCE COMPANY**

By: ______________________
CONWAY C. MARSHALL,
ATTORNEY-IN-FACT

SURETY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure and Local Rule 5.9.

/s/ Mark Deming

TOKIO MARINE
HCC

# POWER OF ATTORNEY

## AMERICAN CONTRACTORS INDEMNITY COMPANY TEXAS BONDING COMPANY
## UNITED STATES SURETY COMPANY U.S. SPECIALTY INSURANCE COMPANY

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, Texas Bonding Company, an assumed name of American Contractors Indemnity Company, United States Surety Company, a Maryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:

Stephen M. Beahm, Sara S. DeJarnette, Kristine Donovan, Clark P. Fitz-Hugh, David C. Joseph, Catherine C. Kehoe, Conway C. Marshall, Kelli Cross Hirschey, Moylan Feild Gomila, Amanda A. Riedl, or Andre Autin of New Orleans, Louisiana

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed** *****Ten Million***** Dollars ( ***$10,000,000.00*** ). This Power of Attorney shall expire without further action on January 31, 2028. This Power of Attorney is granted under and by authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:
*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings, including any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts, and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.
*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 15th of January 2026.

[Seals: AMERICAN CONTRACTORS INDEMNITY CO. INCORPORATED SEPT. 25, 1990 CALIFORNIA; TEXAS BONDING COMPANY STATE OF TEXAS; UNITED STATES SURETY COMPANY; U.S. Specialty Insurance Company T E X A S]

**AMERICAN CONTRACTORS INDEMNITY COMPANY, TEXAS BONDING COMPANY, UNITED STATES SURETY COMPANY, U.S. SPECIALTY INSURANCE COMPANY**

By: ______________________
Adrian Say Keong Loo, Vice President

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On this 15th of January 2026, before me, D. Littlefield, a notary public, personally appeared Adrian Say Keong Loo, Vice President of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ______________________ (seal)

D. LITTLEFIELD
Notary Public - California
Los Angeles County
Commission # 2478570
My Comm. Expires Jan 31, 2028

I, Kio Lo, Assistant Secretary of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California this 24 day of November 2026

Bond No. 1001208774
Agency No. 11511

______________________
Kio Lo, Assistant Secretary

HCCSMANWETPOA07/2023

Visit tmhcc.com/surety for more information